UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY K. PURCELL et al.,

    Plaintiff,

v.                                             CASE NO: 8:03-cv-955-T-23TGW

JOHN FRICKER et al.,

    Defendant.
_____/

## **ORDER**

The action is set for trial and placed on the court's **July, 2005**, trial calendar.

ORDERED in Tampa, Florida, on June 17, 2005.

                                                            STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE

cc:     Courtroom Deputy